FILED
CLERK, U.S. DISTRICT COURT

AUG 23 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS OLVERA,<br><br>Defendant. | Case No.  SA CR 20-176-SVW<br><br>ORDER OF DETENTION |

I.

On August 23, 2022, Defendant Jesus Olvera made his initial appearance on the indictment filed in this matter. Janet Hong, a member of the indigent defense panel, was appointed to represent Defendant. Defendant submitted on the Pretrial Services Officer's recommendation of detention.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving an offense with maximum sentence of life imprisonment or death.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)] . The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠    Defendant is currently in custody, having served (to date) 20 months of a seven-year state jail sentence that was imposed on October 18, 2021.

As to danger to the community:

⊠    Defendant is currently in custody, having served (to date) 20 months of a seven-year state jail sentence that was imposed on October 18, 2021.

The Court finds that release on bail would pose both a risk of flight and a danger to others and to the community.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 23, 2022

                                                                       /s/
                                      ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE